UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JOSHUA MICHAEL HAVENS | CIVIL ACTION NO. 23-1242 |
| | SECTION P |
| VS. | |
| | JUDGE ELIZABETH E. FOOTE |
| MOREHOUSE PARISH CLERK OF COURT | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Joshua Michael Havens' claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

SHREVEPORT, LOUISIANA, this ____ day of _____, 2024.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE